UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KIRAN VUPPALA,

                               Plaintiff,                    22-CV-3249 (JMF)

                    -v-                                ORDER

85 JOHN STREET GARAGE LLC et al.,

                            Defendants,
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Counsel are reminded that, per the Court's earlier Scheduling Order, they must submit their proposed case management plan and joint letter by the Thursday prior to the upcoming conference.  As directed in the Court's Order, the parties should indicate in their joint letter whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial conference, albeit perhaps at a different time.  If the conference proceeds, the Court will hold the conference by telephone.  To that end, and as noted in the Court's earlier Order, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference.  Counsel also should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  The Court's Individual Rules and Practices for Civil Cases are available at https://nysd.uscourts.gov/hon-jesse-m-furman.

       SO ORDERED.

Dated: July 18, 2022
       New York, New York                            _____
                                                                 JESSE M. FURMAN
                                                     United States District Judge